# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTERN DISTRICT OF TEXAS
HOUSTON DIVISION

SARAH RICCIARDI,

    Plaintiff,

v.                                                           Case No.: 4:14-cv-00544

STSI, LLC d/b/a STATE TACTICAL
SECURITY AND INVESTIGATIONS, and
ROBERT MARQUEZ, JR.,

    Defendants.

_____/

## DECLARATION OF JONATHAN SANDSTROM HILL

    1.     My name is Jonathan Sandstrom Hill and I am over 18 years of age, competent to make this declaration, and making this declaration pursuant to the provisions of 28 U.S.C. § 1746.

    2.     I am a licensed attorney practicing in Travis County, Texas. I represent the Plaintiff in this matter.

    3.     I was admitted to the Virginia bar from 2009 until 2012 and have been a member of the Texas Bar since 2011. I have practiced exclusively in the area of employment law my entire practice, including claims brought under the Fair Labor Standards Act.

    4.     I am familiar with the rates charged by attorneys with similar experience in the Southern District of Texas. A reasonable hourly fee for a lawyer with similar experience and expertise is $300.00 per hour. I have previously been awarded $300.00 per hour in three cases before this court. See *Trina Smith v. Securemax Protective Services, LLC, et al.*, C.A. No.: 4:13-cv-03008; *Misael Galo v. Tara Rameshwarsingh d/b/a T.B.S. Road Service*, C.A. No.: 4:14-cv-01149; *Jamar Butler v. Securemax Protective Services, LLC, et al.*, C.A. No.: 4:13-cv-03666.

    5.     James V. Sylvester has been a member of the Texas Bar since 1978. He has over thirty years of experience in different types of practices. I am familiar with the rates charged by attorneys with similar experience in the Southern District of Texas. A reasonable hourly fee for a lawyer with similar experience and expertise is $425.00 per hour.

    6.     Thomas H. Padgett, Jr. has been a member of the Texas Bar since 1989 engaging in various types of litigation and trial practice. He has tried over fifty cases to a verdict in State and Federal Court. I am familiar with the rates charged by attorneys with similar experience in the Southern District of Texas. A reasonable hourly fee for a lawyer with similar experience and expertise is $425.00 per hour. Mr. Padgett has previously been awarded $425.00 per hour in two

FLSA cases in the Southern District of Texas. *See McNiel v. Gold & Silver Buyers, Inc.*, C.A. No. 4:13-cv-03206; *Medina v. Aramaco Auto Glass, Inc., et al.*, C.A. No.: 4:13-cv-02566.

7. The Ross Law Group performed the services on the dates for the time indicated in the attached time records.

8. The Plaintiff in this case has incurred a filing fee of $400.00.

I declare under penalty and perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 7, 2014, in Austin, Texas.

_____
Jonathan Sandstrom Hill

Ross Law P.C.
The Allan House
1104 San Antonio Street
Austin, Texas 78701

**Invoice Submitted to:**
Sarah Ricciardi
3230 S. Gessner Road, Apt. 1902
Houston, Texas 77063

Statement Date: 7-Oct-14
Statement No.: 5880
Account No.: 58541

### FEES

| Date | Atty/Ast. | Description | Hrs. | Rate Per Hour | Amount |
|---|---|---|---|---|---|
| 1/27/2014 | MEE | Telephone conference with Client re: status of case, gather facts for drafting of complaint | 0.5 | $95.00 | $47.50 |
| 2/11/2014 | MEE | Draft complaint | 0.6 | $95.00 | $57.00 |
| 2/14/2014 | JVS | Reviewed complaint; discussed matter with CS; researched res judicata effect of TWC proceedings; made visit to TWC to secure wage file under Open Records Act; telephone call with client - draft case assessment | 3.5 | $425.00 | $1,487.50 |
| 2/21/2014 | JVS | Update case assessment; revisions to complaint | 0.75 | $425.00 | $318.75 |
| 2/26/2014 | JVS | meet with Sandstrom Hill re assignemet of Ricciardi case - NC | 0.2 | $0.00 | $0.00 |
| 2/26/2014 | JSH | review case file and assessment memo | 0.3 | $300.00 | $90.00 |
| 2/26/2014 | JSH | Meet with Sylvester re assignment of Ricciardi case to me - NC | 0.2 | $0.00 | $0.00 |
| 3/10/2014 | JSH | Telephone Conference with client | 0.2 | $300.00 | $60.00 |
| 3/10/2014 | JSH | Review order for initial pretrial conference | 0.1 | $300.00 | $30.00 |
| 3/10/2014 | MEE | Draft request to appear at pre-trial conference - NC | 0.5 | $0.00 | $0.00 |
| 3/10/2014 | MEE | Mailed request to appear at pre-trial conference by phone - NC | 0.2 | $0.00 | $0.00 |
| 3/10/2014 | MEE | Draft Certificate of Interested parties | 0.1 | $95.00 | $9.50 |
| 3/10/2014 | MEE | File Certificate of Interested Parties | 0.1 | $95.00 | $9.50 |
| 3/14/2014 | MEE | Email correspondence from court re appearance by phone | 0.1 | $95.00 | $9.50 |
| 4/9/2014 | MEE | Telephone Conference with Client | 0.2 | $95.00 | $19.00 |
| 4/9/2014 | MEE | Email correspondence to/from client providing info on how to obtain W2/file taxes without one | 0.1 | $95.00 | $9.50 |
| 4/14/2014 | MEE | Receipt of signed summons by clerk | 0.3 | $95.00 | $28.50 |
| 4/17/2014 | JSH | Telephone Conference with Charles Jeremiah re waiving service | 0.2 | $300.00 | $60.00 |
| 4/21/2014 | MEE | Email correspondence from Charles Jeremiah waiving service - NC | 0.1 | $0.00 | $0.00 |
| 4/21/2014 | MEE | Draft waiver of service for STSI and Robert Marquez, Jr. and letter to opposing counsel | 0.5 | $95.00 | $47.50 |
| 4/22/2014 | JSH | Telephone Conference with client - email to Charles Jeremiah | 0.3 | $300.00 | $90.00 |
| 4/22/2014 | MEE | Mail to opposing counsel: waiver of service | 0.2 | $95.00 | $19.00 |
| 4/28/2014 | MEE | Receipt and review of Waiver of Service | 0.2 | $95.00 | $19.00 |
| 4/28/2014 | MEE | File documents with Court: Waiver of Service | 0.3 | $95.00 | $28.50 |
| 4/28/2014 | MEE | Receipt and review of filed waiver of service | 0.1 | $95.00 | $9.50 |
| 5/1/2014 | JSH | Telephone Conference with Charles Jeremiah | 0.2 | $300.00 | $60.00 |
| 5/2/2014 | JSH | left message for client | 0.1 | $300.00 | $30.00 |
| 5/5/2014 | JSH | Telephone Conference with client | 0.3 | $300.00 | $90.00 |

| Date | Atty/Ast. | Description | Hrs. | Rate Per Hour | Amount |
|---|---|---|---|---|---|
| 5/8/2014 | JSH | left message for client | 0.1 | $300.00 | $30.00 |
| 5/9/2014 | JSH | left message for Charles Jeremiah | 0.1 | $300.00 | $30.00 |
| 5/16/2014 | MCC | Draft motion to continue initial conference | 0.4 | $95.00 | $38.00 |
| 5/16/2014 | JSH | reivew draft motion to continue initial pretrial and scheduling conference | 0.1 | $300.00 | $30.00 |
| 5/16/2014 | MCC | File mt. for continuance of initial conference with court | 0.1 | $95.00 | $9.50 |
| 5/20/2014 | MCC | Receipt and review of order granting mt. to continue initial conference | 0.2 | $95.00 | $19.00 |
| 6/2/2014 | JSH | Telephone Conference with Charles Jeremiah | 0.2 | $300.00 | $60.00 |
| 6/2/2014 | JSH | review client time records and calculate damages | 0.8 | $300.00 | $240.00 |
| 6/3/2014 | JSH | Telephone Conference with client regarding her damages and a settlement demand | 0.2 | $300.00 | $60.00 |
| 6/3/2014 | JSH | email to Charles Jeremiah with settlement demand | 0.2 | $300.00 | $60.00 |
| 6/6/2014 | MCC | Receipt of D's offer of judgment - NC | 0.1 | $0.00 | $0.00 |
| 6/10/2014 | JSH | Telephone Conference with client regarding offer of judgment | 0.3 | $300.00 | $90.00 |
| 6/12/2014 | MCC | Telephone Conference with case manager re. initial conference | 0.1 | $95.00 | $9.50 |
| 6/12/2014 | MCC | Email correspondence to case manager re. initial conference | 0.1 | $95.00 | $9.50 |
| 6/12/2014 | JSH | email to opposing counsel re accepting offer of judgment | 0.1 | $300.00 | $30.00 |
| 6/18/2014 | MCC | Email correspondence to/from court case manager re. initial conference | 0.1 | $95.00 | $9.50 |
| 6/23/2014 | MCC | Draft joint motion to continue initial conference | 0.3 | $95.00 | $28.50 |
| 6/23/2014 | JSH | review motion to continue initial conference | 0.2 | $300.00 | $60.00 |
| 6/23/2014 | MCC | File joint motion to continue initial conference | 0.1 | $95.00 | $9.50 |
| 6/24/2014 | MCC | Draft notice of appearance for TP | 0.1 | $95.00 | $9.50 |
| 6/24/2014 | MCC | Fax copy of notice of appearance to Opposing Counsel; file same with court | 0.2 | $95.00 | $19.00 |
| 6/24/2014 | MCC | Receipt and review of notice of resetting of initial conference | 0.1 | $95.00 | $9.50 |
| 6/25/2014 | MCC | Email correspondence to Padgett re. Ricciardi reset | 0.1 | $95.00 | $9.50 |
| 6/25/2014 | MCC | Receipt and review of order to continue pretrial conference | 0.1 | $95.00 | $9.50 |
| 6/26/2014 | JSH | read correspondence from opposing counsel - telephone conference with client - research re necessity of fees/reduction of fees due to low recovery - email to opposing counsel | 0.3 | $300.00 | $90.00 |
| 7/22/2014 | JSH | Telephone Conference and email to opposing counsel re amount of attorneys' fees | 0.2 | $300.00 | $60.00 |
| 8/7/2014 | JSH | Telephone Conference with client | 0.2 | $300.00 | $60.00 |
| 8/14/2014 | JSH | email to opposing counsel re atty fees settlement | 0.1 | $300.00 | $30.00 |
| 8/27/2014 | JSH | email to opposing counsel | 0.1 | $300.00 | $30.00 |
| 8/27/2014 | JSH | left message for opposing counsel | 0.1 | $300.00 | $30.00 |
| 8/27/2014 | JSH | Telephone Conference with opposing counsel | 0.2 | $300.00 | $60.00 |
| 9/3/2014 | JSH | email to opposing counsel re agreement reached on attorneys' fees amount | 0.1 | $300.00 | $30.00 |
| 9/5/2014 | JSH | email to opposing counsel re payment plan | 0.1 | $300.00 | $30.00 |
| 9/8/2014 | JSH | left message foropposing counsel - email to opposing counsel re setting time to talk about payment plan | 0.1 | $300.00 | $30.00 |

| Date | Atty/Ast. | Description | Hrs. | Rate Per Hour | Amount |
|---|---|---|---|---|---|
| 9/8/2014 | JSH | Telephone Conference with opposing counsel re payment plan | 0.2 | $300.00 | $60.00 |
| 9/9/2014 | JSH | Telephone Conference with client | 0.2 | $300.00 | $60.00 |
| 9/9/2014 | JSH | Draft JDCMP and email to Jeremiah | 0.6 | $300.00 | $180.00 |
| 9/9/2014 | MCC | File JDCMP with court | 0.1 | $95.00 | $9.50 |
| 9/10/2014 | TP | Receipt and review of documents in case, order for conference, review email regarding case - NC | 0.7 | $0.00 | $0.00 |
| 9/10/2014 | TP | Attend and participate in conference with court, travel to and return from federal court in Houston | 1 | $425.00 | $425.00 |
| 9/10/2014 | JSH | Telephone Conference with opposing counsel re payment plan | 0.2 | $300.00 | $60.00 |
| 9/10/2014 | JSH | telephone conference with Padgett - email Padgett - re case status and conference | 0.1 | $300.00 | $30.00 |
| 9/12/2014 | MCC | Email correspondence from court re. status conference | 0.1 | $95.00 | $9.50 |
| 9/25/2014 | JSH | left message for client | 0.1 | $300.00 | $30.00 |
| 9/26/2014 | JSH | Telephone Conference with client - email to opposing counsel re payment plan | 0.1 | $300.00 | $30.00 |
| 10/6/2014 | JSH | Draft motion for final judgment and for attorneys' fees | 2 | $300.00 | $600.00 |

**TOTAL FEES:** $5,453.75

### COSTS

Filing Fees $400.00

**TOTAL COSTS:** $400.00

**Balance Due** $5,853.75